# Exhibit "B"

**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax

CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ROGER W. BACKLAR, ESQ.; STATE BAR NO.: 225277
CHRISTOPHER H. LAWLER, ESQ.; STATE BAR NO.: 231663

Attorneys for Defendant,
    DOLLAR TREE STORES, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| SILVANO CABRAL ESCOBEDO,<br><br>   Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., and DOES 1 to 100, inclusive,<br><br>   Defendants. | CASE NO.: 19STCV18326<br><br>*Civil Unlimited Jurisdiction*<br>*[assigned to the Hon. John R. Takasugi, Dept. 3]*<br><br>**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: May 28, 2019<br>Trial Date: November 24, 2020 |

COMES NOW defendant DOLLAR TREE STORES, INC., for itself alone and for no other defendant, in answering plaintiff SILVANO CABRAL ESCOBEDO'S complaint and admits, denies, and alleges as follows:

1.  Under the provisions of section 431.30 of the California Code of Civil Procedure this answering defendant denies both generally and specifically each and every allegation in said complaint and the whole thereof, including each and every purported cause of action contained therein, and denies that the plaintiff sustained damages in any sum or sums, or at all.

2.  Further answering plaintiff's complaint on file and the whole thereof, including each and every purported cause of action contained therein, this answering defendant denies that the plaintiff sustained any injury, damage or loss, if any, by reason of any act or omission on the part of this answering defendant, or any agent, servant, or employee of this answering defendant.

- 1 -
**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

**AFFIRMATIVE DEFENSE NO. 1:**

3. Plaintiff is barred from any recovery on the basis that his own negligence was the sole and proximate cause of the accident and injuries sustained, but in the event a finding is made that negligence exists on the part of this answering defendant which proximately contributed to plaintiff's injuries and/or damages, plaintiff's amount of recovery, if any, shall be reduced on the basis of plaintiff's own comparative negligence which contributed to the accident and the injuries and/or damages and claims upon which plaintiff is seeking recovery against this answering defendant.

**AFFIRMATIVE DEFENSE NO. 2:**

4. The injuries and damages, if any, sustained by plaintiff were proximately caused by the negligence, carelessness, or fault of others, and therefore the plaintiff may recover from this defendant only that apportionment of damages directly attributable to the negligence, carelessness, or fault of this answering defendant (which allegation is being made solely for the purpose of this pleading and without admitting such to be the fact).

**AFFIRMATIVE DEFENSE NO. 3:**

5. If it is determined that one or any combination of named or unnamed defendants proximately caused any injury to the plaintiff, any liability for damages against this answering defendant be negated or reduced upon the comparative fault of the remaining co-defendants.

**AFFIRMATIVE DEFENSE NO. 4:**

6. The complaint and each of the purported causes of action therein complained of fail to state a cause of action against this answering defendant.

**AFFIRMATIVE DEFENSE NO. 5:**

7. Plaintiff's complaint, and the whole thereof, and each and every purported cause of action contained therein, is barred by the running the applicable statute of limitations as is embodied in California Code of Civil Procedure, Sections 335.1, 338, 339, 340, and 343.

**AFFIRMATIVE DEFENSE NO. 6:**

8. Immediately prior to the occurrence of the incident referred to in the complaint, plaintiff failed to use and exercise caution for his own protection and safety in that, among other

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

things, she freely and voluntarily placed himself in a position so as to be exposed to a likelihood of injury and that at the time and place of said accident, plaintiff was fully aware of the dangers incident thereto and continued to freely and voluntarily expose himself to them, and thereby assumed the risk thereof, and in having assumed the risk, is therefore barred by the assumption of the risk for any recovery or the applicable abatement of such recovery, if any.

**AFFIRMATIVE DEFENSE NO. 7:**

9.  If plaintiff sustained any injuries or damages as a result of the incident complained of, then plaintiff proximately caused, aggravated, and/or failed to take proper action to reduce and/or mitigate his injuries and damages.

**AFFIRMATIVE DEFENSE NO. 8:**

10.  In accordance with the provisions of California Civil Code section 1431 et. seq., the liability of this answering defendant, if any, must be compared with the liability of others including plaintiff. This defendant is not liable for any greater percentage of non-economic damages if any than its percentage of liability bears to 100% liability.

**AFFIRMATIVE DEFENSE NO. 9:**

11.  Any danger posed by the allegedly dangerous condition was open and obvious, and plaintiff therefore may not hold this answering defendant liable for any damages incurred as a result of his voluntarily encountering an open and obvious risk.

**AFFIRMATIVE DEFENSE NO. 10:**

12.  The complaint, and each purported cause of action contained therein, is barred by the doctrine of laches.

**ADDITIONAL DEFENSES:**

13.  Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated affirmative defenses available. Defendant hereby reserves the right to assert additional defenses in the event that discovery indicates that they would be appropriate.

WHEREFORE, defendant prays for judgment against plaintiff as follows:

1. That the complaint be dismissed with prejudice;

- 3 -
**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

2. That plaintiff take nothing by way of the complaint;

3. That judgment be entered in favor of defendant and against plaintiff on all causes of action;

4. That defendant be awarded costs of suit incurred herein; and,

5. That defendant be awarded such other and further relief as this Court may deem just and proper.

Dated: June 7, 2019

THARPE & HOWELL, LLP

By: _____
CHARLES D. MAY
ROGER W. BACKLAR
CHRISTOPHER H. LAWLER
Attorneys for Defendant,
DOLLAR TREE STORES, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

    **DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

    Gary Berkovich, Esq.                          Attorneys for Plaintiffs
    Law Offices of Gary Berkovich                 SILVANO CABRAL ESCOBEDO
    14900 Ventura Blvd., Ste. 220
    Sherman Oaks, CA 91403
    (818)465-9505; (818) 358-2829 Fax

5.  a. ___ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b. _X_ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

    (2) _X_ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

    c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    d. ___ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

- 5 -
**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

e. \_\_\_ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

f. \_\_\_ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 ~~on (date)~~: **See below**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 6/7/19 | Christine Delgado | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\30000-000\30799\Pleadings\Answer.docx -

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>**Branch Name:** Spring Street Courthouse<br>**Mailing Address:** 312 North Spring Street<br>**City, State and Zip Code:** Los Angeles CA 90012 | |
| **SHORT TITLE:** SILVANO CABRAL ESCOBEDO vs DOLLAR TREE STORES, INC.<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | **CASE NUMBER:**<br>19STCV18326 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:   Green Filing
Reference Number: 3153757_1
Submission Number: 19LA00730120
Court Received Date: 06/10/2019
Court Received Time: 9:33 am
Case Number: 19STCV18326
Case Title: SILVANO CABRAL ESCOBEDO vs DOLLAR TREE STORES, INC.
Location: Spring Street Courthouse
Case Type: Civil Unlimited
Case Category: Premises Liability (e.g.slip & fall)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 06/10/2019
Notice Generated Time: 11:35 am

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Answer | Accepted |
| Demand for Jury Trial | Accepted |

**Comments**
Submitter's Comments:

Clerk's Comments:

**Electronic Filing Service Provider Information**
Service Provider: Green Filing
Contact: Green Filing

**NOTICE OF CONFIRMATION OF FILING**

Phone: (801) 448-7268

Electronically FILED by Superior Court of California, County of Los Angeles on 06/10/2019 09:33 AM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Yelverton,Deputy Clerk

**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax

CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ROGER W. BACKLAR, ESQ.; STATE BAR NO.: 225277
CHRISTOPHER H. LAWLER, ESQ.; STATE BAR NO.: 231663

Attorneys for Defendant,
DOLLAR TREE STORES, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| SILVANO CABRAL ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 19STCV18326<br><br>*Civil Unlimited Jurisdiction*<br>*[assigned to the Hon. John R. Takasugi, Dept. 3]*<br><br>**DEMAND FOR TRIAL BY JURY**<br><br>Complaint filed: May 28, 2019<br>Trial Date: November 24, 2020 |

**TO THE COURT HEREIN, PLAINTIFF, AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant DOLLAR TREE STORES, INC., hereby demands trial of the above action by jury.

Dated: June 7, 2019　　　　　　　　　　　　　　THARPE & HOWELL, LLP

By: /s/ Charles D. May
　　CHARLES D. MAY
　　ROGER W. BACKLAR
　　CHRISTOPHER H. LAWLER
　　Attorneys for Defendant,
　　DOLLAR TREE STORES, INC.

- 1 -
DEMAND FOR TRIAL BY JURY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**DEMAND FOR TRIAL BY JURY**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

Gary Berkovich, Esq.　　　　　　　　　Attorneys for Plaintiffs
Law Offices of Gary Berkovich　　　　　SILVANO CABRAL ESCOBEDO
14900 Ventura Blvd., Ste. 220
Sherman Oaks, CA 91403
(818)465-9505; (818) 358-2829 Fax

5. a. ___ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. **X** **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) **X** placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

   c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d. ___ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
DEMAND FOR TRIAL BY JURY

- 3 -

e. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

f. ___ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date)*: **See below**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 6/7/19 | Christine Delgado | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\30000-000\30799\Pleadings\Jury Dmd.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221